NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

DAMIEN EUGENE BROOKS, *Petitioner*.

No. 1 CA-CR 22-0246 PRPC

FILED 12-13-2022

Petition for Review from the Superior Court in Maricopa County
No. CR2013-440567-001
The Honorable Frank W. Moskowitz, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Damien Eugene Brooks, Buckeye
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma, Judge Cynthia J. Bailey, and Vice Chief Judge David B. Gass delivered the following decision.

---

**PER CURIAM**:

**¶1** Petitioner Damien Eugene Brooks seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Brooks' first petition after the superior court reconsidered his claims but his second petition in the case overall.

**¶2** Absent an abuse of discretion or legal error, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Petitioner has the burden to show that the superior court erred in denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011).

**¶3** This court has reviewed the record in this matter, the order denying the petition for post-conviction relief and the petition for review. This court finds the petitioner has not established error.

**¶4** This court grants review but denies relief.



AMY M. WOOD • Clerk of the Court
FILED:     AA